# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CELESTINE DANTZLER,

    Plaintiff,

        v.

ANDREW SAUL,
Commissioner of Social Security,[1]

    Defendant.

:Civil Action No. 3:16-CV-2107

:(JUDGE MARIANI)
:(Chief Magistrate Judge Schwab)

## ORDER

AND NOW, THIS _____ DAY OF OCTOBER 2019, upon *de novo* review

of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 19),

Defendant's objections thereto (Doc. 20) and all other relevant documents, for the reasons

discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED**

**THAT**:

1. The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein.

2. Defendant's objections (Doc. 20) are **OVERRULED**.

3. The Commissioner of Social Security's decision is **VACATED**;

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Commissioner Andrew Saul is automatically substituted as the named defendant in place of the former Acting Commissioner of Social Security, Nancy A. Berryhill. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party").

4. The case is **REMANDED** to the Commissioner for further proceedings consistent

   with the analysis set out in the R&R.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge